STEVEN D. WERTH, SBN 121153
KURT BRIDGMAN, SBN 145151
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:  (415) 981-6630
Facsimile:  (415) 982-1634
Email: swerth@lowball.com
Email: kbridgman@lowball.com

Attorneys for Defendants
NEW LIFE COMMUNITY SERVICES, INC, AND ESTHER WEI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DAWSON,<br><br>               Plaintiff,<br><br>      vs.<br><br>NEW LIFE COMMUNITY SERVICES,<br>INC., and ESTHER WEI,<br><br>               Defendants. | Case No. CV13-0881PSG<br><br>STIPULATION AND ORDER TO EXTEND<br>THE DEADLINE FOR MEDIATION |

The parties hereto, through their attorneys of record herein, hereby stipulate and agree to continue the presumptive deadline to mediate this matter from August 13, 2013 to October 31, 2013. Given that this matter is in the initial stages of discovery, and that the parties do not believe that a meaningful mediation session can be held without certain discovery having been completed, which is unlikely to occur before August 13, 2013, the parties stipulate and agree to extend the deadline to mediate this matter to October 31, 2013.

Michael W. Bien, Rosen Bien Galvan & Grunfeld, LLP, the mediator to whom this was assigned, agrees that the date should be extended through October 1, 2013 and he agrees to continue to

///
///
///
///

```
 1  serve as Mediator for this matter through that date this extension is approved by the Court.
 2
 3  Dated: June 24, 2013          BRANCART & BRANCART
 4
 5
 6                                BY //CHRISTOPHER BRANCART// psk
                                     CHRISTOPHER BRANCART
 7                                   Attorneys for Plaintiff
                                     CYNTHIA DAWSON
 8
 9  Dated: June 21, 2013          CALIFORNIA RURAL LEGAL ASSISTANCE INC.
10
11
12                                By _____
                                     PHYLLIS SHAFTON KATZ
13                                   Attorneys for Plaintiff
                                     CYNTHIA DAWSON
14
15  Dated: June 25, 2013
16                                LOW, BALL & LYNCH
17
18                                By _____
                                     STEVEN D. WERTH
19                                   KURT BRIDGMAN
                                     Attorneys for Defendants
20                                   NEW LIFE COMMUNITY SERVICES, INC, AND
                                     ESTHER WEI
21
22
23
    The parties' stipulation is adopted and IT IS SO ORDERED.
24
25
26
27  Dated: June 26, 2013          _____
                                  United States Magistrate Judge, Hon. Paul S. Grewal
28
```

-2-
STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR MEDIATION

J:\1056\sf0137\Pld\Stip Order to Extend Mediation Deadline.docx          Case No: CV13-0881PSG