STEVEN D. WERTH, SBN 121153
KURT BRIDGMAN, SBN 145151
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:   (415) 981-6630
Facsimile:   (415) 982-1634
Email: swerth@lowball.com
Email: kbridgman@lowball.com

Attorneys for Defendants
NEW LIFE COMMUNITY SERVICES, INC, AND ESTHER WEI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA DAWSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NEW LIFE COMMUNITY SERVICES, INC., and ESTHER WEI,<br><br>        Defendants. | Case No. CV13-0881PSG<br><br>STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR MEDIATION |

The parties hereto, through their attorneys of record herein, hereby stipulate and agree to continue the presumptive deadline to mediate this matter from August 13, 2013 to October 31, 2013. Given that this matter is in the initial stages of discovery, and that the parties do not believe that a meaningful mediation session can be held without certain discovery having been completed, which is unlikely to occur before August 13, 2013, the parties stipulate and agree to extend the deadline to mediate this matter to October 31, 2013.

Michael W. Bien, Rosen Bien Galvan & Grunfeld, LLP, the mediator to whom this was assigned, agrees that the date should be extended through October 1, 2013 and he agrees to continue to

///

///

///

///

serve as Mediator for this matter through that date this extension is approved by the Court.

Dated: June 24, 2013    BRANCART & BRANCART

BY //CHRISTOPHER BRANCART//
CHRISTOPHER BRANCART
Attorneys for Plaintiff
CYNTHIA DAWSON

Dated: June 21, 2013    CALIFORNIA RURAL LEGAL ASSISTANCE INC.

By _____
PHYLLIS SHAFTON KATZ
Attorneys for Plaintiff
CYNTHIA DAWSON

Dated: June 25, 2013

LOW, BALL & LYNCH

By _____
STEVEN D. WERTH
KURT BRIDGMAN
Attorneys for Defendants
NEW LIFE COMMUNITY SERVICES, INC, AND
ESTHER WEI

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: June 26, 2013

Paul S. Grewal
United States Magistrate Judge, Hon. Paul S. Grewal

-2-
STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR MEDIATION

J:\1056\sf0137\Pld\Stip Order to Extend Mediation Deadline.docx    Case No: CV13-0881PSG